MEGAN K. DORSEY, ESQ.
Nevada Bar No. 6959
IAN P. GILLAN, ESQ.
Nevada Bar No. 9034
KOELLER NEBEKER CARLSON & HALUCK, LLP
300 South Fourth Street, Suite 500
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
Attorneys for Defendants,
SAFECO INSURANCE COMPANY OF ILLINOIS,
SAFECO INSURANCE COMPANY OF AMERICA
and LIBERTY MUTUAL GROUP, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL FRANCO, | CASE NO. 2:11-cv-00269-RLH -GWF |
| Plaintiffs, | **STIPULATION AND ORDER TO DISMISS SAFECO INSURANCE COMPANY OF AMERICA AND LIBERTY MUTUAL GROUP, INC., WITHOUT PREJUDICE** |
| vs. | |
| SAFECO INSURANCE COMPANY OF ILLINIOS; SAFECO INSURANCE COMPANY OF AMERICA; LIBERTY MUTUAL GROUP, INC., | |
| Defendants. | |

**IT IS HERBY STIPULATED BY AND BETWEEN**, Defendants, SAFECO INSURANCE COMPANY OF ILLINOIS, SAFECO INSURANCE COMPANY OF AMERICA and LIBERTY MUTUAL GROUP, INC., by and through their counsel of record, Ian P. Gillan, Esq., of KOELLER, NEBEKER, CARLSON & HALUCK, LLP and MIGUEL FRANCO, by and through his counsel of record, Craig M. Murphy, Esq. of MURPHY & MURPHY LAW OFFICES, as follows:

1  SAFECO INSURANCE COMPANY OF AMERICA and LIBERTY MUTUAL
2  GROUN, INC., are hereby dismissed, without prejudice, from the above entitled action "*Miguel
3  Franco v. Safeco Insurance Company of Illinois, Safeco Insurance Company of America and
4  Liberty Mutual Group, Inc.*, Case No. A-11-633521-C, originally filed in the Eighth Judicial
5  District Court for the State of Nevada in and for the County of Clark and duly removed to this
6  Court, each party to bear its own fees and costs in regards to the dismissal of these two parties.
7
8  DATED this 24th day of February, 2011.   DATED this 24th day of February, 2011.
9  MURPHY & MURPHY LAW OFFICES   KOELLER, NEBEKER, CARLSON
                                                                                                                           & HALUCK, LLP

By: */s/ Craig M. Murphy*   By: */s/ Ian P. Gillan*
    CRAIG M. MURPHY, ESQ.       IAN P. GILLAN, ESQ.
    Nevada Bar No. 4014       Nevada Bar No. 9034
    10191 Park Run Drive, Ste. 100       300 South Fourth Street, Suite 500
    Las Vegas, NV 89145       Las Vegas, NV 89101
    Attorneys for Plaintiff,       Attorneys for Defendants,
    MIGUEL FRANCO       SAFECO INSURANCE COMPANY OF
                                                                                                                    ILLINOIS, SAFECO INSURANCE
                                                                                                                   COMPANY OF AMERICA and
                                                                                                                   LIBERTY MUTUAL GROUP, INC.

**ORDER**

Based on the foregoing Stipulation,

IT IS HEREBY ORDERED that SAFECO INSURANCE COMPANY OF AMERICA and LIBERTY MUTAL GROUP, INC. are dismissed without prejudice.

**IT IS SO ORDERED.**

DATED this  25th  day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

KOELLER NEBEKER CARLSON
 & HALUCK, LLP

By:         */s/ Ian P. Gillan*
MEGAN K. DORSEY, ESQ.
Nevada Bar No. 6959
IAN P. GILLAN, ESQ.
Nevada Bar No. 9034
300 South Fourth Street, Suite 500
Las Vegas, NV  89101
Attorneys for Defendants,
SAFECO INSURANCE COMPANY OF
ILLINOIS, SAFECO INSURANCE
COMPANY OF AMERICA and
LIBERTY MUTUAL GROUP, INC.