1  MEGAN K. DORSEY, ESQ.
   Nevada Bar No. 6959
2  IAN P. GILLAN, ESQ.
   Nevada Bar No. 9034
3  KOELLER NEBEKER CARLSON & HALUCK, LLP
   300 S. Fourth Street, Suite 500
4  Las Vegas, NV 89101
5  Phone: (702) 853-5500
   Fax: (702) 853-5599
6  Attorneys for Defendant,
   SAFECO INSURANCE COMPANY OF ILLINOIS
7

8              **UNITED STATES DISTRICT COURT**

9                 **DISTRICT OF NEVADA**

10 MIGUEL FRANCO,                    )  Case No.: 2:11–cv–00269–RLH–GWF
                                     )
11              Plaintiff,           )  **STIPULATION AND ORDER FOR**
                                     )  **DISMISSAL WITH PREJUDICE**
12 vs.                               )
                                     )
13                                   )
   SAFECO INSURANCE COMPANY OF       )
14 ILLINOIS,                         )
                                     )
15              Defendant.           )

16     **IT IS HEREBY STIPULATED BY AND BETWEEN**, Defendant, SAFECO

17 INSURANCE COMPANY OF ILLINOIS [hereinafter referred to as "Defendant"], by and

18 through its attorney of record, Ian P. Gillan, Esq., of the law firm of KOELLER, NEBEKER,

19 CARLSON & HALUCK, LLP, and Plaintiff, MIGUEL FRANCO, by and through his

20 attorney of record, Craig M. Murphy, Esq., of MURPHY & MURPHY LAW OFFICES, that

21 Plaintiff will

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

123596-1

dismiss his Complaint against Defendant with prejudice, each party to bear its own fees and costs.

DATED this 7th day of ~~December, 2011~~ January 2012.

DATED this 6th day of ~~December, 2011~~ January 2012.

KOELLER, NEBEKER, CARLSON
& HALUCK, LLP

MURPHY & MURPHY LAW OFFICES

By: _____

MEGAN K. DORSEY, ESQ.
Nevada Bar No. 6959
IAN P. GILLAN, ESQ.
Nevada Bar No. 9034
300 South Fourth Street, Suite 500
Las Vegas, NV  89101
Attorney for Defendant,
SAFECO INSURANCE COMPANY
OF ILLINOIS

By: _____

CRAIG M. MURPHY, ESQ.
Nevada Bar No. 4014
10191 Park Run Drive, Ste. 100
Las Vegas, NV 89145
Attorney for Plaintiff,
MIGUEL FRANCO

## ORDER

**IT IS SO ORDERED.**

DATED this 18th day of January, 2012.

_____
UNITED STATES DISTRICT             JUDGE

Respectfully Submitted By:

KOELLER, NEBEKER, CARLSON
& HALUCK, LLP

By: _____

MEGAN K. DORSEY, ESQ.
Nevada Bar No. 6959
IAN P. GILLAN, ESQ.
Nevada Bar No. 9034
300 South Fourth Street, Suite 500
Las Vegas, NV  89101
Attorneys for Defendant,
SAFECO INSURANCE COMPANY
OF ILLINOIS

123596-1