MEGAN K. DORSEY, ESQ.
Nevada Bar No. 6959
IAN P. GILLAN, ESQ.
Nevada Bar No. 9034
KOELLER NEBEKER CARLSON & HALUCK, LLP
300 S. Fourth Street, Suite 500
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
Attorneys for Defendant,
SAFECO INSURANCE COMPANY OF ILLINOIS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL FRANCO, | Case No.: 2:11–cv–00269–RLH–GWF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| SAFECO INSURANCE COMPANY OF ILLINOIS, | |
| Defendant. | |

   **IT IS HEREBY STIPULATED BY AND BETWEEN**, Defendant, SAFECO INSURANCE COMPANY OF ILLINOIS [hereinafter referred to as "Defendant"], by and through its attorney of record, Ian P. Gillan, Esq., of the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Plaintiff, MIGUEL FRANCO, by and through his attorney of record, Craig M. Murphy, Esq., of MURPHY & MURPHY LAW OFFICES, that Plaintiff will

///
///
///
///
///
///

123596-1

1  dismiss his Complaint against Defendant with prejudice, each party to bear its own fees and
2  costs.
3  DATED this 7th day of ~~December,~~ January 2012.        DATED this 6th day of ~~December, 2011.~~ January 2012.

4  KOELLER, NEBEKER, CARLSON             MURPHY & MURPHY LAW OFFICES
   & HALUCK, LLP

6  By: _/s/ Megan K. Dorsey/ IPG/_          By: _/s/ Craig M. Murphy/_
7  MEGAN K. DORSEY, ESQ.                    CRAIG M. MURPHY, ESQ.
   Nevada Bar No. 6959                      Nevada Bar No. 4014
8  IAN P. GILLAN, ESQ.                      10191 Park Run Drive, Ste. 100
   Nevada Bar No. 9034                      Las Vegas, NV 89145
9  300 South Fourth Street, Suite 500       Attorney for Plaintiff,
   Las Vegas, NV 89101                      MIGUEL FRANCO
10 Attorney for Defendant,
11 SAFECO INSURANCE COMPANY
   OF ILLINOIS

### ORDER

**IT IS SO ORDERED.**

DATED this 18th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

KOELLER, NEBEKER, CARLSON
   & HALUCK, LLP

By: _/s/ Megan K. Dorsey/ IPG/_
MEGAN K. DORSEY, ESQ.
Nevada Bar No. 6959
IAN P. GILLAN, ESQ.
Nevada Bar No. 9034
300 South Fourth Street, Suite 500
Las Vegas, NV 89101
Attorneys for Defendant,
SAFECO INSURANCE COMPANY
OF ILLINOIS